IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No: 11-03672 BKT |
|---|---|
| OLGA Y DIAZ COLON | Chapter 13 |
| Debtor(s) | |

## MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to state tax refund in the plan.

**WHEREFORE,** it is respectfully requested to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 23rd day of June of 2011.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                 Case No. 11-03672-13

DIAZ COLON, OLGA Y                                     Chapter 13
                 Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: _____       ☑ AMENDED PLAN DATED: 6/22/2011
☐ PRE ☐ POST-CONFIRMATION                      Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 100.00 | x | 36 | = $ | 3,600.00 |
| $ | | x | | = $ | |
| $ | | x | | = $ | |
| $ | | x | | = $ | |
| $ | | x | | = $ | |

                TOTAL: $ 3,600.00

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $ _____

PROPOSED BASE: $ 3,600.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,620.00

Signed: /s/ OLGA Y DIAZ COLON
        Debtor

_____
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☑ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
            ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

---

Attorney for Debtor Jose Prieto                                                                             Phone: (787) 607-2066

CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing        US Bankruptcy Court District of P.R.    AMERICAN EXPRESS
0104-3                                  U.S. Post Office and Courthouse Building PO BOX 360001
Case 11-03672-BKT13                     300 Recinto Sur Street, Room 109        FORT LAUDERDALE FL 33336-0001
District of Puerto Rico                 San Juan, PR 00901-1964
Old San Juan
Thu Jun 23 12:04:11 AST 2011

ASSET ACCEPTANCE LLC                    BANK OF AMERICA                         CENTENNIAL
PO BOX 2036                             PO BOX 1532                             PO BOX 71514
WARREN MI 48090-2036                    WILMINGTON DE 19899-1532                SAN JUAN PR 00936-8614


CHILDRENS PLACE                         EQUABLE ASCENT FINANCIAL                FIRST PREMIER BANK
PO BOX 6497                             1120 WEST LAKE COOK RD                  PO BOX 5519
SIOUX FALLS SD 57117-6497               BUFFALO GROVE IL 60089-1970             SIOUX FALLS SD 57117-5519


FIRSTBANK PR                            GAP                                     GE CAPITAL CORP/EQUABLE ASCENT FINANCIAL
PONCE DE LEON AVE STOP 23               GE MONEY BANK                           1120 W LAKE COOK RD STE A
SAN JUAN PR 00901                       P O BOX 981400                          BUFFALO GROVE IL 60089-1970
                                        EL PASO, TX 79998-1400


GE Money Bank                           GEMB/ROOMS TO GO                        GEMB/WALMART
c/o B-Line, LLC                         PO BOX 981439                           PO BOX 981400
MS 550                                  EL PASO TX 79998-1439                   EL PASO TX 79998-1400
PO Box 91121
Seattle, WA 98111-9221

LVNV FUNDING LLC                        NCO PTM/19                              PACIFIC SUNWEAR/WORLD FINANCIAL
PO BOX 740281                           507 PRUDENTIAL ROAD                     PO BOX 1630
HOUSTON TX 77274-0281                   HORSHAM PA 19044-2308                   WARREN MI 48090-1630


PORTFOLIO RECOVERY & AFFIL              SPRINT                                  TARGET NATIONAL BANK
120 CORPORATE BLVD SUITE 1              PO BOX 660075                           C O WEINSTEIN AND RILEY, PS
NORFOLK VA 23502-4962                   DALLAS TX 75266-0075                    2001 WESTERN AVENUE, STE 400
                                                                                SEATTLE, WA 98121-3132

TNB/TARGET                              Toyota Motor Credit Corporation         JOSE M PRIETO CARBALLO
PO BOX 673                              c/o Becket and Lee LLP                  JPC LAW OFFICE
MINNEAPOLIS MN 55440-0673               POB 3001                                PO BOX 363565
                                        Malvern  PA 19355-0701                  SAN JUAN, PR 00936-3565


JOSE RAMON CARRION MORALES              MONSITA LECAROZ ARRIBAS                 OLGA Y DIAZ COLON
PO BOX 9023884                          OFFICE OF THE US TRUSTEE (UST)          PO BOX 1184
SAN JUAN, PR 00902                      OCHOA BUILDING                          TRUJILLO ALTO, PR 00977-1184
                                        500 TANCA STREET  SUITE 301
                                        SAN JUAN, PR 00901-1938

End of Label Matrix
Mailable recipients    26
Bypassed recipients     0
Total                  26
```